UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NAKIA SHAW,

                Plaintiff,

                                              **STIPULATION OF**
                                              **SETTLEMENT**
      -against-

                                              Case No: 1:20-cv-02327-EK-JRC

DEKALB FUNERAL SERVICES, INC.,
ANDREW T. CLECKLEY FUNERAL
SERVICES, INC., and ANDREW
T. CLECKLEY FUNERAL HOME, INC.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby stipulated by and between Counsel that this action is settled.

    Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

DATED:      July 13, 2022

_____
Counsel for Plaintiff


_____
Counsel for Defendants